# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JEFFERY PAUL DUNNAVANT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.:1:19-cv-02053-ACA-JHE |
| ) | |
| JIMMY KILGORE, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On March 4, 2020, the magistrate judge entered a Report and Recommendation, (doc. 13), recommending that the petition for writ of habeas corpus be dismissed without prejudice to allow Mr. Dunnavant to exhaust his state court remedies. Although the magistrate judge advised Mr. Dunnavant of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. A separate Order will be entered.

**DONE** and **ORDERED** this June 9, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE